

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2013

No. 04-13-00278-CV

**PEACOCK HOSPITALITY, INC. D/B/A HOLIDAY INN EXPRESS-BURNET,**
Appellant

v.

Bipin **PATEL**; Mahadev, LLC; and First National Bank,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04054
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellant's brief was due to be filed on July 22, 2013. This court granted Appellant's first motion for extension of time to August 9, 2013. On August 6, 2013, Appellant filed an unopposed second motion for extension of time to file the brief for a total extension of forty-eight days.

Appellant's motion is GRANTED. Appellant's brief is due on September 9, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court